UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES ACQUISITION CORP.,

    Plaintiff,

v.

NATASHA (OGINSKY) SANDERS,

    Defendant.

Case No. 21-cv-10143

Hon. Robert H. Cleland

Magistrate Judge Elizabeth A. Stafford

## PROOF OF SERVICE
## CERTIFIED MAIL/RETURN RECEIPT/RESTRICTED DELIVERY

Pursuant to FRCP 4(e) and MCR 2.105(A) the undersigned certifies that copies of the Summonses and Complaint were served upon Defendant Natasha (Oginsky) Sanders an individual, by *certified mail, return receipt, restricted delivery* on March 8, 2021 at the following address: 2451 Midtown Avenue, Apt. 1608, Alexandria, VA 22303-1439.

A copy of the signed and dated return receipt is attached.[1]

---

[1] Angela B. Tacey is a paralegal working from the firm's Macomb County office located at 48 S. Main Street, Suite 2 in Mt. Clemens, MI 48043.

          KIENBAUM HARDY VIVIANO
          PELTON, & FORREST, P.LC.

By: /s/ *Eric J. Pelton*
    Eric J. Pelton (P40635)
    Thomas J. Davis (P78626)
    Ryan D. Bohannon (P73394)
Attorneys for Plaintiff
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
tdavis@khvpf.com
rbohannon@khvpf.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, and I hereby certify that I have served the document by USPS Priority Mail to the following non-ECF participant:

    Natasha (Oginsky) Sanders
    2451 Midtown Ave., Apt. 1608
    Alexandria, VA 22303-1439

          /s/ *Eric J. Pelton*
          Eric J. Pelton (P40635)
          Kienbaum Hardy Viviano
          Pelton & Forrest, P.L.C.
          280 N. Old Woodward Ave., Ste. 400
          Birmingham, MI 48009
          (248) 645-0000
          epelton@khvpf.com

40626

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ☑ Addressee or ☐ Agent<br>X _[signature]_ |
| | B. Received By: (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Natasha Sanders<br>2451 Midtown Ave. Apt 1608<br>Alexandria VA 22303-1439 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:       ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9490 9116 9900 0786 1199 33 | 3. Service Type<br><br>☑ Certified Mail® Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9415 4116 9900 0786 1199 82 | |

PS Form 3811 Facsimile, July 2015 (SDC 3930)                                    Domestic Return Receipt

---

USPS TRACKING #



NOVA 220
8 MAR 2021 PM 2 L

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9490 9116 9900 0786 1199 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

UNITED STATES
POSTAL SERVICE

Angela B Tacey
48 S Main St, Ste 2
Mt Clemens MI 48043-7911