UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Great Lakes Acquisition Corp.,

        Plaintiff(s),

v.                                                       Case No. 3:21–cv–10143–RHC–EAS
                                                      Hon. Robert H. Cleland

Natasha Sanders,

        Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Natasha Sanders

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              KINIKIA D. ESSIX, CLERK OF COURT

                                              By: <u>s/ S. Schoenherr</u>
                                                  Deputy Clerk

Dated:  April 23, 2021