UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Great Lakes Acquisition Corp.,

                Plaintiff(s),

v.                                              Case No. 3:21-cv-10143-RHC-EAS
                                              Hon. Robert H. Cleland

Natasha Sanders,

                Defendant(s),

## ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 6/3/2021, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                              s/Robert H. Cleland
                                              Robert H. Cleland
                                              U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/L. Wagner
                                                   Case Manager

Dated:  June 17, 2021